**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2272**
_____

MARY ANN DUNOPE,

Plaintiff – Appellant,

v.

ARCELORMITTAL STEEL,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.   John Preston Bailey, Chief District Judge.   (5:13-cv-00058-JPB-JES)

_____

Submitted:  April 24, 2014                  Decided:  April 28, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mary Ann Dunope, Appellant Pro Se. Raymond Charles Baldwin, Christine Mary Costantino, SEYFARTH SHAW, LLP, Washington, D.C.; Bradley K. Shafer, SWARTZ CAMPBELL, LLC, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ann Dunope appeals the district court's orders dismissing her complaint alleging employment discrimination claims under the ADA and ERISA violations and denying her motion to alter or amend the dismissal order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dunope v. ArcelorMittal S.A., No. 5:13-cv-00058-JPB-JES (N.D.W. Va. Aug. 14 & Sept. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED